**FILED**
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIBERTY MUTUAL INSURANCE COMPANY, )
as subrogee of )
SCHNABEL FOUNDATION COMPANY, INC. )
175 Berkeley Street )
Boston, Massachusetts 02116 )
)
       Plaintiff, )
)
v. )
)
EQUIPMENT CORPORATION )
 OF AMERICA )
P.O. Box 306 )
Caropolis, Pennsylvania 15108 )
 and )
6300 Foxley Road )
Upper Marlboro, Maryland 20772 )
)
 and )
)
PILECO, INC., )
111 Berry Road )
P.O. Box 16099 )
Houston, Texas 77222 )
)
       Defendants. )
)

Case: 1:07-cv-01788
Assigned To : Kennedy, Henry H.
Assign. Date : 10/4/2007
Description: General Civil

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Pileco, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates of Pileco, Inc. which have any outstanding securities in the hands of the public: <u>Bauer Machinen GMBH</u>.

3

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Pileco, Inc.

Shelby J. Kelley  
Bracewell & Giuliani LLP  
2000 K Street, N.W., Suite 500  
Washington, DC 20006  
(202) 828-5859  
(202) 857-2117 (fax)  
shelby.kelley@bgllp.com

464248  
Bar Identification No.