**FILED**

CO-386-online

OCT - 4 2007    10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Liberty Mutual Insurance Co.        )
                                    )
                                    )
                                    )
           vs      Plaintiff        )    Civil A(   Case: 1:07-cv-01788
                                    )              Assigned To : Kennedy, Henry H.
Equipment Corporation of America    )              Assign. Date : 10/4/2007
                                    )              Description: General Civil
                                    )
              Defendant             )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Equipment Corporation of America__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Equipment Corporation of America__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

                                         Attorney of Record
                                         _____
                                         Signature

__424246__                               __Daniel Karp, Esquire__
BAR IDENTIFICATION NO.                   Print Name

                                         __120 E. Baltimore Street, Suite 1850__
                                         Address

                                         __Baltimore,    MD      21202__
                                         City           State    Zip Code

                                         __410-727-5000__
                                         Phone Number

2