CO-386-online
10/03

# United States District Court
# For the District of Columbia

Liberty Mutual Insurance Co. )
)
)
)
vs    Plaintiff  )   Civi   Case: 1:07-cv-01788
)         Assigned To : Kennedy, Henry H.
Equipment Corporation of America )         Assign. Date : 10/4/2007
)         Description: General Civil
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Equipment Corporation of America__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Equipment Corporation of America__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

424246
BAR IDENTIFICATION NO.

Daniel Karp, Esquire
Print Name

120 E. Baltimore Street, Suite 1850
Address

Baltimore, MD 21202
City        State        Zip Code

410-727-5000
Phone Number