IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, et. al. | : : : : | Case No. 1:07-cv-01788 HHK |
| *Plaintiff,* | : : : | |
| v. | : : | |
| EQUIPMENT CORPORATION of AMERICA , et al. | : : | |
| *Defendants.* | : | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Movant, Matthew W. Carlson, attorney of record for Plaintiff in the above-captioned matter, respectfully move this Honorable Court pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia to admit attorney Samuel J. Pace, Jr. to appear as counsel *pro hac vice* on behalf of Plaintiffs in this matter. In support of this motion, movant submits the attached Affidavit and Application of Samuel J. Pace, Jr. for Admission *Pro Hac Vice*.

WHEREFORE, movant respectfully request that this Honorable Court grant this motion and admit Samuel J. Pace, Jr. to appear as counsel *pro hac vice* to defendants in this matter.

Respectfully Submitted,

/s/
Matthew W. Carlson, # 448905
1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005
202-289-1133
202-289-1133 (Facsimile)
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion, Memorandum of Points and Authorities in support thereof, Praecipe, Receipt and proposed Order were sent by 1st class U.S. mail on the 30th of October, 2007, to the following:

Daniel Karp, Esq.
Karpinski, Colaresi & Karp
120 East Baltimore Street
Suite 1850
Baltimore, MD 21202
*Attorney for Defendant*
*Equipment Corporation of America*

Shelby J. Kelley, Esq.
Bracewell & Giuliani, LLP
2000 K Street, N.W.
Suite 500
Washington, D.C. 20005
*Attorney for Defendant*
*Pileco, Inc.*

                                                                                    /s/
                                                              Matthew W. Carlson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, et. al. | : : : | |
| *Plaintiff,* | : : : | Case No. 1:07-cv-01788 HHK |
| v. | : : : | |
| EQUIPMENT CORPORATION of AMERICA , et al. | : : | |
| *Defendants.* | : | |

### AFFIDAVIT AND APPLICATION FOR ADMISSION OF SAMUEL J. PACE, JR. *PRO HAC VICE*

Samuel J. Pace, Jr., being duly sworn, respectfully requests, pursuant to LCvR 83.2(c), that this Honorable Court grant his application for admission *pro hac vice* for the purpose of appearing before this Honorable Court in the above-referenced action.  In support of his application, Mr. Pace states as follows:

1.  I am a member in good standing of the bar of the State of Pennsylvania.  I am a member of the law office of Dugan, Brinkmann, Maginnis & Pace, 1880 John F. Kennedy Boulevard, Suite 1400, Philadelphia, PA 19103, telephone number (215) 563-3500; facsimile number (215) 563-5610.

2.  I am a member of the Pennsylvania State Bar (PSB # 30138).  I am admitted to practice in all state courts in the State of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

3.  I have never been censored, suspended or disbarred by any court, and there are no disciplinary complaints pending against me.

4. I have appeared in Marget Ann Hudert, et al. v. Alion Science & Technology Corporation, et al., Case No. 04-ca-009585 in this court, *Pro Hac Vice* in February 2005, which is the most recent activity I have in this Court.

5. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership to the District of Columbia Bar pending.

WHEREFORE, for the foregoing reasons, Samuel J. Pace, Jr. respectfully request that this Honorable Court grant his application for admission *pro hac vice*.

Respectfully submitted,

_____/s/_____
Samuel J. Pace, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, et. al. | : : : | |
| | : | Case No. 1:07-cv-01788 HHK |
| *Plaintiff,* | : : | |
| v. | : : | |
| EQUIPMENT CORPORATION of AMERICA , et al. | : : | |
| *Defendants.* | : | |

**<u>ORDER</u>**

Upon motion of Plaintiff to admit Samuel J. Pace, Jr. and the law firm of Dugan, Brinkmann, Maginnis & Pace to appear *pro hac vice*, and the Court being sufficiently advised in accordance with LCvR 83.2(d);

IT IS HEREBY ORDERED that Samuel J. Pace, Jr. and the law firm of Dugan, Brinkmann, Maginnis & Pace are hereby admitted to appear *pro hac vice* as co-counsel for Plaintiff..

ENTERED this _____ day of _____, 2007.

_____
Henry H. Kennedy, Jr., Judge, United States District Court for the District of Columbia