IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff | | |
| | * | |
| v. | | Case No. 1:07-cv-01788 HHK |
| | * | |
| EQUIPMENT CORPORATION OF AMERICA, et al. | * | |
| | | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

COME NOW EQUIPMENT CORPORATION OF AMERICA, one of the Defendants and Third-Party Plaintiff, by KARPINSKI, COLARESI & KARP and DANIEL KARP, its attorneys, PILECO, INC., one of the Defendants, by BRACEWELL & GIULIANI and SHELBY J. KELLEY, its attorneys, and LIBERTY MUTUAL INSURANCE COMPANY, Plaintiff, by THOMPSON O'DONNELL and MATTHEW W. CARLSON and DUGAN BRINKMANN MAGINNIS AND PACE and SAMUEL J. PACE, JR., its attorneys, and jointly request that the Initial Scheduling Conference scheduled for December 7, 2007, be continued for at least 60 days to allow for service of the Third-Party Complaint upon Third-Party Defendants Schnabel Foundation Company and Bauer Maschinen GmbH.

Plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), subrogee of Schnabel Foundation Company, Inc. ("Schnabel"), filed the instant action claiming

(1) breach of warranty of merchantability and (2) strict product liability against Equipment Corporation of America ("ECA"), and Pileco, Inc. ("Pileco"). Plaintiff's action concerned a fire in a Bauer BG 18 H rotary Drill Rig which was manufactured by the German corporation, Bauer Maschinen GmbH ("Bauer"), and was owned and operated by Schnabel. Defendant ECA was the lessor and retailer of the Drill Rig at issue. Defendant Pileco is an American distributor of Bauer products.

ECA filed a counterclaim against Liberty Mutual based on an indemnification and insurance agreement between ECA and Schnabel. ECA filed a third-party complaint against Schnabel, a District of Columbia corporation, based on the indemnification and insurance agreement with Schnabel , breach of contract, and negligence. ECA also filed a third-party complaint against Bauer, a German corporation with its principal place of business in Germany, on the basis of an indemnification agreement between ECA and Bauer and ECA's common law right to indemnity from Bauer. ECA respectfully submits that to the extent that Plaintiff can prove its claims of breach of warranty of merchantability and strict product liability, those claims are properly brought against Bauer, the manufacturer of the Drill Rig at issue.

Liberty Mutual's counsel, Samuel J. Pace, Jr., is in the process of determining whether he will be authorized to accept service of the third-party complaint for Schnabel. ECA's undersigned counsel is determining whether service of the third-party

complaint on Bauer can be made on an American agent of Bauer or whether it must be made according to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Alternative dates in February 2008 on which counsel are available are February 4, 5, 6, 7, 8, 20, 21, 22, 25, 26, 27, or 28, 2008.

WHEREFORE, Equipment Corporation of America, Pileco, Inc., and Liberty Mutual Insurance Company jointly request that this Honorable Court continue the Initial Scheduling Conference in this action for at least sixty (60) days from the currently scheduled date of December 7, 2007.

Respectfully submitted,

KARPINSKI, COLARESI & KARP

BY: _____/s/_____
DANIEL KARP, Bar #424246
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202
410-727-5000
Attorneys for Defendant Equipment
Corporation of America

BRACEWELL & GIULIANI

BY: _____/s/_____
SHELBY J. KELLEY, Bar #464248
2000 K Street, N.W., Suite 500
Washington, D.C. 20006
202-828-5800
Attorneys for Defendant Pileco, Inc.

THOMPSON O'DONNELL

BY: _____/s/_____
      Matthew W. Carlson, Bar #448905
      1212 New York Avenue, N.W.
      Suite 1000
      Washington, D.C. 20005
      202-289-1133

DUGAN BRINKMANN MAGINNIS AND PACE

BY: _____/s/_____
      Samuel J. Pace, Jr., admitted *pro hac vice*
      1880 John F. Kennedy Blvd.
      Suite 1400
      Philadelphia, PA 19103
      215-563-3500
      Attorneys for Plaintiff Liberty Mutual
      Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2007, a copy of the foregoing Motion to Continue Scheduling Conference was electronically filed with notice to:

Matthew W. Carlson, Esquire
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005

Samuel J. Pace, Jr., Esquire
Dugan Brinkmann Maginnis and Pace
1880 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
Attorneys for Plaintiff

Shelby J. Kelley, Esquire
Bracewell & Giuliani, LLP
2000 K Street NW
Suite 500
Washington, D.C. 20006
Attorneys for Pileco, Inc.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Of Counsel for Defendant Equipment
　　　　　　　　　　　　　　　　Corporation of America