IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT of COLUMBIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of SCHNABLE FOUNDATION COMPANY, INC. | : <br> : <br> :   Case No.  1:07-cv-01788 HKK <br> : |
| Plaintiff | : |
| v. | : |
| EQUIPMENT CORPORATION of AMERICA, et al. | : <br> : |
| Defendants | : |

**ANSWER AND AFFIRMATIVE DEFENSE OF PLAINTIFF,
LIBERTY MUTUAL INSURANCE COMPANY TO THE
COUNTERCLAIM OF DEFENDANT, EQUIPMENT CORP. OF AMERICA**

43. It is admitted that Schnabel and ECA entered into a lease.  By way of further answer, the lease terminated when Schnabel purchased the Bauer BG 18 H rotary Drill Rig, serial number 628654 from ECA.  The purchase was consummated before the fire which is the subject of this litigation.

44. The lease agreement is a writing that speaks for itself, and which requires no answer.  By way of further answer, the lease terminated when Schnabel purchased the Bauer BG 18 H rotary Drill Rig, serial number 628654 from ECA.     45.

   The lease agreement is a writing that speaks for itself, and which requires no answer.  By way of further answer, the lease terminated when Schnabel purchased the Bauer BG 18 H rotary Drill Rig, serial number 628654 from ECA.  It is admitted only that Schnabel obtained insurance from plaintiff.  By way of further answer, when ECA's status as a lessee of the Drill Rig terminated, its status as an additional insured also terminated, as Schnabel no longer had an obligation to provide such insurance.

46. It is admitted that Liberty Mutual is Schnabel's subrogee. The remaining allegations are denied as conclusions of law.

47. Denied. It is denied that Liberty Mutual has any obligation to ECA. The lease terminated when Schnabel purchased the Bauer BG 18 H rotary Drill Rig, serial number 628654 from ECA, thereby terminating the parties' obligations under and pursuant to the lease. By way of further answer, when ECA's status as a lessee of the Drill Rig terminated, its status as an additional insured also terminated, as Schnabel no longer had an obligation to provide such insurance.

WHEREFORE, Plaintiff demands judgment against counterclaim plaintiff, Equipment Corp. of America, including the costs of this action and such other and further relief as the Court may deem just and appropriate.

## AFFIRMATIVE DEFENSES

48. The lease between Schnabel and ECA was terminated prior to the date that the damage was sustained to the drill rig.

49. The duty of good faith and fair dealing implied into the lease agreement requires that all obligations be determined pursuant to the standard of commercial reasonableness.

50. ECA's failure to designate the sale of the drill rig as the termination of the lease was commercially unreasonable.

50. ECA's failure to designate the sale of the drill rig as the termination of the lease was a breach of the duty of good faith and fair dealing.

51. Based upon the breach of the standard of commercial reasonableness and the duty of good faith and fair dealing, ECA's obligations, if any, under and pursuant to the lease are excused.

52. The sale of the drill rig by ECA to Schnabel estops ECA from relying upon the terms of lease.

53. By selling the drill rig to Schnabel, ECA waived all terms and conditions of the lease.

54. The sale of the drill rig to Schnabel renders the lease null and void because the existence of the lease became legally impossible.

Dugan, Brinkmann, Maginnis and Pace

  /s/ Samuel J. Pace, Jr. /s/
Samuel J. Pace, Jr., Esquire
Suite 1400
1880 JFK Boulevard
Philadelphia, PA 19103
215-563-3500 (tel) 215-563-5610 (fax)
Attorney for Plaintiff
Liberty Mutual Insurance Company


Thompson, O'Donnell, LLP

  /s/ Matthew W. Carlson /s/
Matthew W. Carlson, Esq.
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C.   20005
(202) 289-1133 (tel)
(202) 289-0275 (fax)
Attorney for Plaintiff
Liberty Mutual Insurance Company


**CERTIFICATE OF SERVICE**

I, Samuel J. Pace, Jr., Esquire, attorney for plaintiff, do hereby certify the foregoing Answer and Affirmative Defense were served upon the following counsel of record by first-class mail, postage prepaid or by electronic service this 20th day of November:

Daniel Karp, Esq.

Karpinski, Colaresi & Karp
120 E. Baltimore Street
Suite 1850
Baltimore, MD 21202

Shelby J. Kelly, Esq.
Bracewell & Giuliani, LLP
2000 K Street, N.W.
Suite 500
Washington, D.C. 20006

                                                     /s/ Samuel J. Pace, Jr., Esq. /s/
                                                     Samuel J. Pace, Jr., Esquire