the SUPERIOR COURT for the DISTRICT of COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO. et. al. : | |
| : | C.A. No. 2007 CA 006099 B |
| *Plaintiff* : | |
| : | Judge Robert E. Morin |
| v. : | Next Event: Initial Conference |
| : | Friday, December 14, 2007 |
| EQUIPMENT CORPORATION : | |
| of AMERICA, et. al. : | |
| : | |
| *Defendants* : | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Samuel J. Pace, Jr., Esquire as counsel in this case for: Liberty Mutual Insurance Company, et. al.

Dated: December 10, 2007

_____
Samuel J. Pace, Jr., Esquire
1880 John F. Kennedy Boulevard
14th Floor
Philadelphia, PA   19103
215-563-3500   x3502
F: 215-563-5610
SJPace@dbmplaw.com