AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | date mailed: December 10, 2007 |
| NAME OF SERVER | TITLE |
| Brenda Pizanis | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): mailed a copy of the third-party summons, third-party complaint, notice of removal, inital order and order resetting status conference by certified, registered mail to George Smith, resident agent for Pileco, Inc., wholly owned subsidiary and agent of Bauer Maschinen GMBH. Please see also attached affidavit.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec. 27, 2007        *signature*
                Date               Signature of Server

120 East Baltimore Street, Suite 1850, Baltimore, MD 21202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | * |
| Plaintiff | * |
| v. | * Case No. 1:07-cv-01788 HHK |
| EQUIPMENT CORPORATION OF AMERICA, et al. | * |
| Defendants | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

I, Brenda Pizanis, solemnly affirm under the penalties of perjury and upon personal knowledge, that I am over eighteen (18) years of age, am competent to testify, and that the following statements are true.

1. On December 10, 2007, I mailed, by certified registered mail return receipt requested, a copy of the third party summons, third party complaint, notice of removal, initial order and order resetting status conference to George Smith at Pileco, Inc., 111 Berry Road, Houston, Texas 77222.

2. On December 17, 2007, my office received the signed return receipt bearing the printed name and signature of "Leslie Nuñez" as recipient of the certified mail, summons and pleadings which I had mailed to George Smith. (Attached Exhibit 1).

3. On December 27, 2007 at 11:04 a.m. (EST), I called Pileco, Inc. at 1-800-474-5326 and asked for George Smith.

4. When Mr. Smith picked up the phone and identified himself, I identified myself and asked if Ms. Leslie Nuñez had authority to sign for receipt of certified mail on his behalf.

5. Mr. Smith indicated that he is "sure he was out of town" and stated that Ms. Nuñez was authorized to sign for his mail.

6. Mr. Smith asked where I was from and I again told him the name of our law firm. He responded "in Maryland" and I said yes. He said he did receive the certified, registered mail I had sent to him. I thanked Mr. Smith and bid him a great day.

Dec. 27, 2007
Date

/Brenda Pizanis/
Brenda Pizanis

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George Smith
PileCo, Inc.
111 Berry Road
Houston, Texas
77222

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Leslie [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Leslie Nunez C. Date of Delivery 12/14/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 14 2007
HOUSTON TX 77022

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7003 0500 0004 1464 6840

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

14 DEC 2007 PM 10 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KARPINSKI, COLARESI & KARP
Suite 1850, 120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000

OK 327-193

21202+1617

EXHIBIT
1





