THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EQUIPMENT CORPORATION OF AMERICA, et al., <br><br> Defendants. <br> ─────────────────────────── <br> EQUIPMENT CORPORATION OF AMERICA, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> SCHNABEL FOUNDATION COMPANY, INC., et al., <br><br> Third-Party Defendants. <br> ─────────────────────────── | Case No. 1:07-cv-01788 HHK |

## **LCvR 7.1 CERTIFICATE**

     I, the undersigned, counsel of record for Bauer Maschinen GmbH ("Bauer"), certify that to the best of our knowledge and belief, there are no parent companies, subsidiaries or affiliates of Bauer which have any outstanding securities in the hands of the public.

     These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,


  /s Shelby J. Kelley  
Shelby J. Kelley
DC Bar No. 464248
Bracewell & Giuliani LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006
(202) 828-5859
(202) 857-2117 (fax)
shelby.kelley@bgllp.com

John H. Barr, Jr., *to be admitted pro hac vice*
Texas Bar No. 00783605
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
(713) 221-1454
(713) 222-3206 (fax)
john.barr@bgllp.com

Dated: January 31, 2008                       *Counsel for Bauer Maschinen GmbH*

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of Bauer Maschinen GmbH 's LCvR 26.1 Certificate was served via the Court's electronic filing system or sent via First Class U.S. mail, as indicated, on the 31st of January, 2008 to the following:

Dan Karp
Karpinski, Colaresi & Karp
120 E. Baltimore St., Suite 1850
Baltimore, MD 21202
(*via* Court's electronic filing system)

Mathew W. Carlson
Thompson O'Donnell, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, DC 20005
(*via* Court's electronic filing system)

Samuel J. Pace, Jr.
Dugan, Brinkmann, Maginnis and Pace
1880 John F. Kennedy Boulevard
14th Floor
Philadelphia, PA 19103
(*via* First Class U.S. mail)

                /s/ Shelby J. Kelley
                Shelby J. Kelley

DC/234564v1