IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | * | |
| | * | |
| *Plaintiff* | | |
| | * | Case No. 1:07-cv-01788 HEK |
| v. | | |
| | * | |
| EQUIPMENT CORPORATION of AMERICA , et al. | * | |
| *Defendants.* | | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

COMES NOW Daniel Karp, attorney of record for Defendant Equipment Corporation of America in the above-captioned matter, and respectfully moves this Honorable Court pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia to admit attorney Sandra D. Lee to appear as counsel *pro hac vice* as co-counsel on behalf of Defendant Equipment Corporation of America in this matter. In support of this motion, movant submits the attached Affidavit and Application of Sandra D. Lee for Admission *Pro Hac Vice.*

WHEREFORE, movant respectfully requests that this Honorable Court admit Sandra D. Lee to appear as counsel *pro hac vice* to Defendant Equipment Corporation of America in this matter.

Respectfully submitted,

KARPINSKI, COLARESI & KARP

BY: _____/s/_____
DANIEL KARP, Bar #424246
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202
410-727-5000
*Attorneys for Defendant Equipment Corporation of America*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion for Admission, Affidavit and Application for Admission *Pro Hac Vice* of Sandra D. Lee and proposed Order were electronically filed on the 7thday of February, 2008, with notice to:

Matthew W. Carlson, Esquire
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C.  20005

Samuel J. Pace, Jr., Esquire
Dugan Brinkmann Maginnis and Pace
1880 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
*Attorneys for Plaintiff*

Shelby J. Kelley, Esquire
Bracewell & Giuliani, LLP
2000 K Street, N.W.
Suite 500
Washington, D.C. 20005
*Attorneys for Defendant Pileco, Inc.
and for Third Party Defendant
Bauer Maschinen GmbH*

John H. Barr, Jr., Esquire
Bracewell & Giuliani, LLP
711 Louisiana Street
Suite 2300
Houston, TX 77002-2770
*Attorneys for Third Party Defendant
Bauer Maschinen GmbH*

                                               /s/
                                          DANIEL KARP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,  *<br><br>      *Plaintiff*      *     Case No. 1:07-cv-01788 HEK<br><br>v.                               *<br><br>EQUIPMENT CORPORATION<br>of AMERICA , et al.          *<br>      *Defendants.* | |

## AFFIDAVIT AND APPLICATION OF SANDRA D. LEE
## FOR ADMISSION *PRO HAC VICE*

Sandra Diana Lee, being duly sworn, respectfully requests, in accordance with LCvR 83.2(d), that this Honorable Court grant the application for admission *pro hac vice* for the purpose of appearing before this Honorable Court in the above-referenced action, and declares as follows:

1.  I am an attorney in the law office of Karpinski, Colaresi & Karp, P.A., 120 E. Baltimore Street, Suite 1850, Baltimore, Maryland 21202, telephone number 410-727-5000 and facsimile number 410-727-0861.

2.  I am a member in good standing of the bars of the State of New York and of the State of Maryland, and am admitted to practice in the United States District Court for the District of Maryland.

3.  I have never been disciplined by any bar, and there are no disciplinary complaints pending against me.

4.  I have never before been admitted *pro hac vice* in this Court.

5.  I do not engage in the practice of law from an office located in the District of Columbia and am not a member of the District of Columbia Bar.

WHEREFORE, for the foregoing reasons, Sandra D. Lee respectfully requests that this Honorable Court grant her application for admission *pro hoc vice*.

Respectfully submitted,

_____/s/_____
Sandra D. Lee

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | * |
| | * |
| *Plaintiff* | *    Case No. 1:07-cv-01788 HEK |
| v. | * |
| EQUIPMENT CORPORATION of AMERICA , et al. | * |
| *Defendants*. | |

## **ORDER**

Upon motion of Defendant Equipment Corporation of America that Sandra D. Lee of the law firm of Karpinski, Colaresi & Karp be admitted to appear *pro hac vice,* and the Court being sufficiently advised in accordance with LCvR 83.2(d);

IT IS HEREBY **ORDERED** that Sandra D. Lee is hereby admitted to appear *pro hac vice* as co-counsel for Defendant Equipment Corporation of America.

ENTERED this _____ day of _____, 2008.

_____
Henry H. Kennedy, Jr.,
Judge, United States District Court
for the District of Columbia