## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of SCHNABEL FOUNDATION COMPANY, INC. | * | |
| | * | Case No: I:07-cv-01788 HEK |
| | * | Next Event: Initial Conference |
| Plaintiff | | |
| | * | |
| v. | | Judge Henry H. Kennedy, Jr. |
| | * | |
| EQUIPMENT CORPORATION OF AMERICA, et al. | * | |
| | | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2008, a copy of Rule 26 Initial Disclosures was sent by Federal Express to:

Matthew W. Carlson, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C.  20005

Samuel J. Pace, Jr., Esquire
Dugan, Brinkmann, Maginnis and Pace
1880 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
*Attorneys for Plaintiff and for Third Party Defendant Schnabel Foundation Company, Inc.*

2000 K Street, N.W., Suite 500
Washington, D.C. 20005

John H. Barr, Jr., Esquire
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
*Attorneys for Defendant Pileco, Inc. and for Third Party Defendant Bauer Maschinen GmbH*

Shelby J. Kelley, Esquire
Bracewell & Giuliani, LLP

The original of said document will be retained by Defendant's counsel, unaltered, until such time as this case is dismissed or until the time for an appeal has expired.

                               KARPINSKI, COLARESI & KARP

BY:    /s/
        DANIEL KARP, #424246

        /s/
SANDRA D. LEE, *pro haec vice*
120 E. Baltimore Street
Suite 1850
Baltimore, Maryland 21202
(410) 727-5000
Attorneys for Defendant and Third Party
Plaintiff Equipment Corporation of America