## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LIBERTY MUTUAL INSURANCE      *
COMPANY, as subrogee of
SCHNABEL FOUNDATION      *     Case No: I:07-cv-01788 HEK
COMPANY, INC.

           *     Next Event: Initial Conference

         Plaintiff

           *

     v.                *     Judge Henry H. Kennedy, Jr.

EQUIPMENT CORPORATION      *
OF AMERICA, et al.
           *

     Defendants         *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE

    I HEREBY CERTIFY that on this 2nd day of April, 2008, a copy of the Interrogatories to Third Party Defendant Bauer Maschinen GmbH was mailed, by first class mail, postage prepaid, to:

Matthew W. Carlson, Esquire
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005

Samuel J. Pace, Jr., Esquire
Dugan Brinkmann Maginnis and Pace
1880 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
*Attorneys for Plaintiff and for Third Party Defendant Schnabel Foundation Company*

Shelby J. Kelley, Esquire
Bracewell & Giuliani, LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20005
*Attorneys for Defendant Pileco, Inc. and for Third Party Defendant Bauer Maschinen GmbH*

John H. Barr, Jr., Esquire
Bracewell & Giuliani, LLP
711 Louisiana Street
Suite 2300
Houston, TX 77002-2770
*Attorneys for Third Party Defendant Bauer Maschinen GmbH*

The original of said document will be retained by Defendant's counsel, unaltered, until such time as this case is dismissed or until the time for an appeal has expired.

KARPINSKI, COLARESI & KARP

BY: _____/s/_____
DANIEL KARP, #424246


_____/s/_____
SANDRA D. LEE, *pro haec vice*
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
Attorneys for Defendant and Third Party Plaintiff Equipment Corporation of America