IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of SCHNABEL FOUNDATION COMPANY, INC. | * | |
| | * | Case No: I:07-cv-01788 HEK |
| | * | Next Event: Initial Conference |
| Plaintiff | * | |
| v. | | Judge Henry H. Kennedy, Jr. |
| | * | |
| EQUIPMENT CORPORATION OF AMERICA, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April, 2008, a copy of the Request for Production of Documents to Third Party Defendant Bauer Maschinen GmbH was mailed, by first class mail, postage prepaid, to:

Matthew W. Carlson, Esquire
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005

Samuel J. Pace, Jr., Esquire
Dugan Brinkmann Maginnis and Pace
1880 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
*Attorneys for Plaintiff and for Third Party Defendant Schnabel Foundation Company, Inc.*

Shelby J. Kelley, Esquire
Bracewell & Giuliani, LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20005
*Attorneys for Defendant Pileco, Inc. and for Third Party Defendant Bauer Maschinen GmbH*

John H. Barr, Jr., Esquire
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
*Attorneys for Third Party Defendant Bauer Maschinen GmbH*

The original of said document will be retained by Third Party Plaintiff's counsel, unaltered, until such time as this case is dismissed or until the time for an appeal has expired.

KARPINSKI, COLARESI & KARP

BY:    /s/
DANIEL KARP, #424246

/s/
SANDRA D. LEE, *pro haec vice*
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
Attorneys for Defendant and Third
Party Plaintiff Equipment Corporation
of America
