THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EQUIPMENT CORPORATION OF AMERICA, ET AL., <br><br> Defendants. <br> ——————————————— <br> EQUIPMENT CORPORATION OF AMERICA, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> SCHNABEL FOUNDATION COMPANY, INC. <br><br> and <br><br> BAUER MASCHINEN GMBH <br><br> Third-Party Defendants. | Case No. 1:07-cv-01788 HHK |

## **NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 17th of April, a copy of the Rule 26 Initial Disclosures of Bauer Maschinen GmbH and a copy of the Rule 26 Initial Disclosures for Pileco, Inc. were sent by Federal Express to:

        Dan Karp
        Sandra D. Lee
        Karpinski, Colaresi & Karp

120 E. Baltimore St., Suite 1850
Baltimore, MD 21202
*Counsel for Equipment Corporation of America*
Mathew W. Carlson
Thompson O'Donnell, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, DC 20005

Samuel J. Pace, Jr.
Dugan, Brinkmann, Maginnis and Pace
1880 John F. Kennedy Boulevard
14th Floor
Philadelphia, PA 19103
*Counsel for Liberty Mutual Insurance and Schnabel Foundation Company, Inc.*

The original of said documents will be retained by counsel, unaltered, until such time as this case is dismissed or until the time for appeal has expired.

Respectfully submitted,

\_\_/s/ Shelby J. Kelley_____
Shelby J. Kelley
DC Bar No. 464248
Bracewell & Giuliani LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006
(202) 828-5859
(202) 857-2117 (fax)
shelby.kelley@bgllp.com

        John H. Barr, Jr., *to be admitted pro hac vice*
        Texas Bar No. 00783605
        Bracewell & Giuliani LLP
        711 Louisiana Street, Suite 2300
        Houston, TX 77002
        (713) 221-1454
        (713) 222-3206 (fax)
        john.barr@bgllp.com

        *Counsel for Bauer Maschinen GmbH*
        *and Pileco, Inc.*

Dated: April 22, 2008